MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:     (559) 436-8900

Counsel for Defendant,
Aric Matthew Salazar

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARIC MATTHEW SALAZAR,<br><br>         Defendant. | CASE NO.: 1:18-CR-00180<br><br>**STIPULATION TO CONTINUE DUE DATE ON DEFENDANT'S REPLY TO GOVERNMENT OPPOSITION TO DEFENDANTS EMERGENCY MOTION TO REDUCE SENTENCE** |

**TO: THE HON. DALE A. DROZD, JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

On May 18, 2021, the Defendant filed an Emergency Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. 32). The Government filed its Opposition to the Defendants Emergency Motion to Reduce Sentence on June 15, 2021 (Document 50). Parties have agreed to Stipulate to Continue the Due Date of the Defendant's Reply to the Government's Opposition to the Defendants Emergency Motion to Reduce Sentence until July 7, 2021

1 **STIPULATION TO CONTINUE DUE DATE ON DEFENDANT'S REPLY TO GOVERNMENT OPPOSITION TO DEFENDANTS EMERGENCY MOTION TO REDUCE SENTENCE**

IT IS SO STIPULATED

Dated: June 24, 2021                              */s/ David L. Gappa*
                                                  DAVID L. GAPPA
                                                  Assistant United States Attorney


Dated: June 24, 2021                              */s/ Michael W. Berdinella*
                                                  MICHAEL W. BERDINELLA
                                                  Attorney for Defendant
                                                  ARIC MATTHEW SALAZAR

## ORDER

Based on the Stipulation of the Parties, the Court orders that the Defendant shall file his Reply to the Government's Opposition to the Defendants Emergency Motion to Reduce Sentence by July 7. 2021.

IT IS SO ORDERED.

Dated: **June 24, 2021**                          _____
                                                  UNITED STATES DISTRICT JUDGE

2 **STIPULATION TO CONTINUE DUE DATE ON DEFENDANT'S REPLY TO GOVERNMENT OPPOSITION TO DEFENDANTS EMERGENCY MOTION TO REDUCE SENTENCE**