MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Aric Matthew Salazar

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Case No.: 1:18CR00180-1** |
| **Respondent/Plaintiff,** | ) **ORDER TO SEAL** |
| vs. | ) **DOCUMENTS** |
| **ARIC MATTHEW SALAZAR,** | ) **Hon. Dale A. Drozd, Presiding** |
| **Defendant.** | ) |

Upon application of the Defendant Aric Matthew Salazar, through Counsel, and good cause

being show as set forth in Defendant's Request To Seal at Docket ,

IT IS HEREBY ORDERED that Exhibits 1, 2, and 10 in support of Mr. Salazar's July 7,

2021  Reply Brief to the United States's Opposition to the Defendant's Motion for Reduction in

Sentence Under 18 USC § 3582(c)(1)(A) t (Docket 57), shall be SEALED until ordered unsealed

by the Court.


IT IS SO ORDERED.

    Dated:   **July 14, 2021**                    _____
                                                                                   UNITED STATES DISTRICT JUDGE